UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:

Juntima Netprachak,                                      Case No. 21-40794

                        Debtor.                              Chapter 7
--------------------------------------------------------------x

## DECLARATION OF DEBTOR REGARDING PAYMENT ADVICES

Juntima Netprachak, the above-captioned debtor, hereby declares as follows:

1.      Bankruptcy Code Section 521 requires consumer debtors to file payment advices reflecting the income received by an employer in the 60 days preceding the filing of a bankruptcy petition. I do not have payment advices.

2.      I swear under penalty of perjury that the foregoing is true and accurate.


Dated:  March 29, 2021
          Queens, NY

                                                              _/s/_Juntima Netprachak
                                                              Juntima Netprachak